GARY RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 3 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Jose Antonio Santeros Placsencia<br>a.k.a. Jose Antonio Santeros Plascencia,<br>(Counts 1-26)<br><br>2. Hector Camarena-Bedoy,<br>(Counts 1, 2-13)<br><br>3. Bethany Lynn Montoya Mayville, and<br>(Counts 1, 14-25, and 27-38)<br><br>4. Lourdes Santeros,<br>(Counts 1, 26, and 39)<br><br>Defendants. | No.   CR-23-1489-PHX-DWL (MTM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy to Make False Statements in the Purchase of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement in the Purchase of a Firearm, Aiding and Abetting)<br>Counts 2-26<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement in the Purchase of a Firearm)<br>Counts 27-39<br><br>18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From on or about February 3, 2020, through on or about October 3, 2020, within the District of Arizona, Defendants JOSE ANTONIO SANTEROS PLACSENCIA,

HECTOR CAMARENA-BEDOY, BETHANY LYNN MONTOYA MAYVILLE, and LOURDES SANTEROS did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 922(a)(6), 924(a)(2), 924(a)(1)(A), and 2.

## Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from licensed dealers of firearms by means of knowingly making material and other false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

## The Means and Methods of the Conspiracy

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants and co-conspirators would purchase firearms from licensed firearms dealers in the District of Arizona.

It was further part of the conspiracy that Defendants and co-conspirators would purchase multiple firearms of similar make, model, and caliber.

It was a further part of the conspiracy that Defendants and co-conspirators would purchase those firearms on behalf of other Defendants and co-conspirators.

It was a further part of the conspiracy that Defendants and co-conspirators would make false statements and representations on the ATF Form 4473 regarding the true purchaser of each of the firearms.

It was a further part of the conspiracy that Defendants and co-conspirators would often provide directions and the funds directly to the Defendants purchasing firearms to purchase each of the firearms involved in the conspiracy.

It was further part of the conspiracy that Defendants and co-conspirators purchasing firearms would sometimes be compensated monetarily for their actions by other Defendants and co-conspirators.

It was a further part of the conspiracy that all the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by Defendants and co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be illegally provided to other Defendants and co-conspirators.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about February 3, 2020, and October 3, 2020, Defendant JOSE ANTONIO SANTEROS PLACSENCIA knowingly induced and procured false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. Defendant JOSE ANTONIO SANTEROS PLACSENCIA had Defendants HECTOR CAMARENA-BEDOY, BETHANY LYNN MONTOYA MAYVILLE, and LOURDES SANTEROS purchase firearms on his behalf on 25 separate occasions at businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code. Defendant JOSE ANTONIO SANTEROS PLACSENCIA induced and procured Defendants HECTOR CAMARENA-BEDOY, BETHANY LYNN MONTOYA MAYVILLE, and LOURDES SANTEROS to complete twenty-five (25) Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, containing a statement or representation that they knew to be materially false.

Specifically, between February 3, 2020 and June 12, 2020, Defendant HECTOR CAMARENA-BEDOY, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the

provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On twelve (12) separate occasions, Defendant HECTOR CAMARENA-BEDOY executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, containing a statement or representation that he knew to be materially false. Defendant HECTOR CAMARENA-BEDOY was aided, abetted, counseled, commanded, induced, or procured by Defendant JOSE ANTONIO SANTEROS PLACSENCIA to make these false statements or representations. Defendant HECTOR CAMARENA-BEDOY made the materially false statements or representations that he was the actual transferee/buyer of fifty-four (54) firearms, when in fact those firearms were for Defendant JOSE ANTONIO SANTEROS PLACSENCIA. Defendant JOSE ANTONIO SANTEROS PLACSENCIA paid Defendant HECTOR CAMARENA-BEDOY $25 - 50 per firearm.

Specifically, between March 6, 2020 and August 21, 2020, Defendant BETHANY LYNN MONTOYA MAYVILLE, in the District of Arizona, knowingly made false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On twelve (12) separate occasions, Defendant BETHANY LYNN MONTOYA MAYVILLE executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, containing a statement or representation that she knew to be materially false. Defendant BETHANY LYNN MONTOYA MAYVILLE was aided, abetted, counseled, commanded, induced, or procured by Defendant JOSE ANTONIO SANTEROS PLACSENCIA to make these false statements or representations. Defendant BETHANY LYNN MONTOYA MAYVILLE made the materially false statements or representations that she was the actual transferee/buyer of fifty-two (52) firearms, when in fact those firearms were for Defendant JOSE ANTONIO SANTEROS PLACSENCIA. Defendant JOSE ANTONIO SANTEROS

PLACSENCIA paid Defendant BETHANY LYNN MONTOYA MAYVILLE cash for her to use on rent, gas, and miscellaneous items.

Specifically, on October 3, 2020, Defendant LOURDES SANTEROS, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On one (1) occasion, Defendant LOURDES SANTEROS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be materially false. Defendant LOURDES SANTEROS was aided, abetted, counseled, commanded, induced, or procured by Defendant JOSE ANTONIO SANTEROS PLACSENCIA to make these false statements or representations. Defendant LOURDES SANTEROS made the materially false statements or representations that she was the actual transferee/buyer of eight (8) firearms, when in fact those firearms were for Defendant JOSE ANTONIO SANTEROS PLACSENCIA.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-13

On or about February 3, 2020 through June 12, 2020, in the District of Arizona, Defendants JOSE ANTONIO SANTEROS PLACSENCIA and HECTOR CAMARENA-BEDOY knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant HECTOR CAMARENA-BEDOY did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, in each of

the counts below stating he was the actual transferee/buyer of the firearm(s), whereas in truth and fact, he knew that he was purchasing the firearm(s) for Defendant JOSE ANTONIO SANTEROS PLACSENCIA:

|    | Date            | FFL (Business) Name   |
|----|-----------------|-----------------------|
| 2  | February 3, 2020 | Tombstone Tactical    |
| 3  | February 5, 2020 | Tombstone Tactical    |
| 4  | March 6, 2020    | Tombstone Tactical    |
| 5  | March 14, 2020   | Tombstone Tactical    |
| 6  | March 14, 2020   | Tombstone Tactical    |
| 7  | April 8, 2020    | American Guns & Ammo  |
| 8  | April 17, 2020   | American Guns & Ammo  |
| 9  | April 30, 2020   | Tombstone Tactical    |
| 10 | May 1, 2020      | American Guns & Ammo  |
| 11 | May 7, 2020      | Tombstone Tactical    |
| 12 | May 22, 2020     | Tombstone Tactical    |
| 13 | June 12, 2020    | Tombstone Tactical    |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 14-25

On or about March 6, 2020 through August 21, 2020, in the District of Arizona, Defendants JOSE ANTONIO SANTEROS PLACSENCIA and BETHANY LYNN MONTOYA MAYVILLE knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed

business, in that Defendant BETHANY LYNN MONTOYA MAYVILLE did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm(s), whereas in truth and fact, she knew that she was purchasing the firearm(s) for Defendant JOSE ANTONIO SANTEROS PLACSENCIA:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 14 | March 6, 2020 | Tombstone Tactical |
| 15 | March 7, 2020 | Alpha Dog Firearms |
| 16 | March 14, 2020 | Alpha Dog Firearms |
| 17 | May 19, 2020 | American Guns & Ammo |
| 18 | May 27, 2020 | Tombstone Tactical |
| 19 | June 19, 2020 | Lone Wolf Trading Company |
| 20 | June 19, 2020 | Lone Wolf Trading Company |
| 21 | July 1, 2020 | Lone Wolf Trading Company |
| 22 | July 17, 2020 | American Guns & Ammo |
| 23 | August 5, 2020 | American Guns & Ammo |
| 24 | August 14, 2020 | American Guns & Ammo |
| 25 | August 21, 2020 | American Guns & Ammo |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNT 26

On or about October 3, 2020, in the District of Arizona, Defendants JOSE ANTONIO SANTEROS PLACSENCIA and LOURDES SANTEROS knowingly made false statements and representations in connection with the acquisition of a firearm to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be

kept in the records of the listed business, in that Defendant LOURDES SANTEROS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm(s), whereas in truth and fact, she knew that she was purchasing the firearm(s) for Defendant JOSE ANTONIO SANTEROS PLACSENCIA:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 26 | October 3, 2020 | American Guns & Ammo |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 27–38

On or about between March 6, 2020 and August 21, 2020, in the District of Arizona, Defendant BETHANY LYNN MONTOYA MAYVILLE knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant BETHANY LYNN MONTOYA MAYVILLE did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant BETHANY LYNN MONTOYA MAYVILLE resided at an address on Monte Cristo in Glendale, Arizona, whereas in truth and fact, Defendant BETHANY LYNN MONTOYA MAYVILLE knew that she resided at a different address:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 27 | March 6, 2020 | Tombstone Tactical |
| 28 | March 7, 2020 | Alpha Dog Firearms |
| 29 | March 14, 2020 | Alpha Dog Firearms |
| 30 | May 19, 2020 | American Guns & Ammo |
| 31 | May 27, 2020 | Tombstone Tactical |

| Count | Date | FFL (Business) Name |
|---|---|---|
| 32 | June 19, 2020 | Lone Wolf Trading Company |
| 33 | June 19, 2020 | Lone Wolf Trading Company |
| 34 | July 1, 2020 | Lone Wolf Trading Company |
| 35 | July 17, 2020 | American Guns & Ammo |
| 36 | August 5, 2020 | American Guns & Ammo |
| 37 | August 14, 2020 | American Guns & Ammo |
| 38 | August 21, 2020 | American Guns & Ammo |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 39

On or about October 3, 2020, in the District of Arizona, Defendant LOURDES SANTEROS knowingly made false statements and representations to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant LOURDES SANTEROS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in the count below, stating that Defendant LOURDES SANTEROS resided at an address on 71st Drive in Phoenix, Arizona, whereas in truth and fact, Defendant LOURDES SANTEROS knew that she resided at a different address:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 39 | October 3, 2020 | American Guns & Ammo |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–39 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–39 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//
//
//
//
//

All in accordance with 18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 31, 2023

GARY RESTAINO
United States Attorney
District of Arizona


/s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney